UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

4

Ed D. Foster,
Petitioner,

v.

Duncan MacLaren
Warden,
Respondent.

Case No. 2:15-CV-12265-LJM
Hon. Laurie J. Michaelson
U.S. Dist. Judge
Hon. Michael J. Hluchaniuk
U.S. Dist. Magistrate Judge

FILED
JAN 23 2018
CLERK'S OFFICE
DETROIT

Dear Honorable Clerk,

Enclosed is a copy of the Order Returning my Motion for Relief from Judgment, from Circuit Court Judge Kathleen M. Brickley for VanBuren County, Allowing me to re-submit a modified motion. In which I am informing this Honorable Court of my intentions to do so but only with this Courts permission, in order to fully comply with the MCR's stated in the Order.

Thank You for your time and Consideration in this matter,

Respectfully Submitted,

[signature]

Ed D. Foster #226862
Kinross Cor. Facility
4533 W. Industrial Park Dr.
Kincheloe, Mi 49788

DATED:

FILED
JAN 23 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF VAN BUREN

| | |
|---|---|
| PEOPLE OF THE STATE OF MICHIGAN<br>Plaintiff, | HON. KATHLEEN M. BRICKLEY |
| v | File No. 10-17033-FC |
| EDWARD FOSTER,<br>Defendant. | **ORDER RETURNING DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT** |

| | |
|---|---|
| MICHAEL J. BEDFORD (P48853)<br>Prosecuting Attorney<br>Courthouse<br>212 Paw Paw St. Ste. 110<br>Paw Paw, MI 49079 | EDWARD FOSTER, #220862<br>Defendant in Pro Per<br>Kinross Corr. Facility<br>4533 W. Industrial Pack Dr.<br>Kincheloe, MI 49788 |

PRESENT: HONORABLE KATHLEEN M. BRICKLEY, CIRCUIT JUDGE

On November 30, 2017, the court received Defendant's Motion for Relief From Judgment. Defendant seeks relief under subchapter 6.500 of the Michigan Court Rules.

Pursuant to MCR 6.502(D), the court directs that the motion be returned to Defendant. The court does so because the motion does not substantially comply with the requirements of MCR 6.502(C).

Specifically, the motion fails to comply with MCR 6.502(C)(12) and (C)(13) by failing to include in the motion the grounds for relief requested and the facts supporting each ground, stated in summary form. The court recognizes that Defendant attaches a detailed memorandum, however, the motion itself does not includes a summary of facts supporting each ground. Defendant's motion also fails to comply with MCR 6.502(C)(14) by failing to include whether any of the grounds for the relief requested were raised before; if so, at what stage of the case, and, if not, the reasons they were not raised. Defendant also fails under MCR 6.502(C)(9) by failing to include the file number of any proceeding instituted by the Defendant to obtain relief from conviction or sentence.

If Defendant chooses to re-submit a modified motion he may do so. The court does not require modifications to the brief, which may be provided again in its current form with the revised

motion. The court encloses with this return a form approved by the State Court Administrative Office (CC 257). The clerk of the court shall retain a copy of the motion.

IT IS SO ORDERED.

Dated: 12/15/17

KATHLEEN M. BRICKLEY, CIRCUIT JUDGE

**CERTIFICATE OF MAILING**

I certify that on today's date a copy of the above was provided to the attorneys and/or defendant at the addresses above by first class ordinary mail.

Dated: 12/15/17

Prisoner Name: Ed D. Foster
Prisoner Number: 226862
KINROSS CORRECTIONAL FACILITY
16770 S. Water Tower Drive
Kincheloe, MI 49788

TRAVERSE CITY MI 496
US POSTAGE PITNEY BOWES
ZIP 49783 $ 000.46⁰
02 1W
0001403170 JAN 19 2018

1/19/18 DD

U.S. Dist. Court for the E.D. c/o Clerk
231 W. Lafayette Blvd.
Detroit, Mi 48226

RECEIVED
JAN 23 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

48226$9999