6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ED D FAOSTER,
Petitioner,

-vs-

THOMAS WINN
Respondent

Case No 2:15-cv-12265-LJM
Hon: Laurie J Michaelson
U S Dist Judge
Hon: Michael J Hlichaviuk
Dist Court Magistrate

FILED
SEP - 2 2022
CLERK'S OFFICE
DETROIT

**MOTION TO HOLD IN ABEYANCE**

NOW COMES, Mr Ed D Foster, ("Petitioner" hereinafter Depicting In pro per and if it so pleases this Honorable Court, appears within pursuant to the highly applicable standards set forth within Fed R App Proc Rule 8(a)(2), and hereby moves the Court to grant the foregoing motion to hold his petition for a writ of habeas corpus within abeyance, and states that it is not with any intentional cause of undue prejudice, or undue delay to the non-moving party, nor is it in this Petitioner's intent to file in bad faith or improper motive, the proceeding motion, and thus, he hereby deposes as follows:

1 Petitioner-Appellant was convicted of First Degree Murder, contrary to MCLA § 750 316; by jury, and was sentenced by judge Richard R Lamb to a term of Life without the possibility of parole, within the Van Buren County Circuit Court;

2 In 2017 Petitioner asked this Honorable Court to hold his habeas petition in abeyance while he exhausted his state issues in Circuit Court as well as Amend "Ground One" of his supporting facts of said habeas petition

3 In January of 2020 requested this Honorable Court to lift the stay and reopen the habeas proceedings Along with a motion to amend the initial petition

4 On August 22 2022 Petitioner has since received an affidavit from co-

POOR QUALITY ORIGINAL

defendant Ivory Shaver attesting to the fact that Petitioner was not inside the vehicle that has been associated in the death of the victim Debra K Boothby Please See Affidavit Attatched

5 Petitioner has long asserted his complete innocence and intends to challenge the validity of information presented in the charging affidavit that was provided by Adrienne Burnette a convicted murderer/prejurer

6 It is Petitioner s contention to also challenge the time lines of the charging affidavit as he was arrested prior to its issuance Being arrested on November 5 2009 and the affidavit was developed on December 9 2009

7 In particular Petitioner is seeking to obtain a Franks Hearing as to whether to hold an evidentiary hearing based on a challenge to the validity of a Search/Arrest Warrant's affidavit is committed to the discretion of a trial court See People v. Poindexter, 90 Mich App 599 609; 282 NW2d (1979)

8 Petitioner is also presenting this affidavit as "Newly Available/Discovered Evidence"

## EXHAUSTION OF STATE COURT REMEDIES

9. Accordingly, the doctrine of exhaustion of state remedies requires state prisoners to "fairly present" their claims as federal constitutional issues in the state courts before raising those claims in a federal habeas corpus petition (See e g O'Sullivan v Boerckel, 526 US 838, 842; 144 L Ed2d 1; 119 S Ct 1728 (1999); McMeans v Brigano, 228 F 3d 674, 661 (6th Cir 2000); Rust v Zent 17 F3d 155 160 (6th Cir 1994); 28 USC §2254(b)(1)(A),(6) the exhaustion requirement is satisfied if a prisoner invokes one complete round of the states established appellate review process, including in a petition for discretionary review to a state Supreme Court O'Sullivan supra at 845 A Michigan petitioner must present each ground to both Michigan Appellate Courts (e g Mohn v Bock 208 F Supp2d 796 800

(E D Mich 2002)

10 Within this instant case at bar. Petitioner has provided this court with a copy of the affidavit that further cooboreates his assertion and co defendant s Shevy Gill's out-of-court statements as well as her trial testimony that Petitioner was not involved in the beating kidnapping and subsequent death of Ms Boothby See Handwriiten letter to Jennifer Loyd asking "Why" Petitioner was being involved by authorities in this case. See also trial testimony of Ms Gill where she stated that she also did not see Petitioner that night and the only occupants inside the vehicle were herself and Mr Shaver (Exhibits attached in Habeas Petition)

## CONCLUSIONARY PRAYER FOR RELIEF

Petitioner, hereby prays this Honorable Court grant remand of this matter to the trial court, while holding his petition for writ of habeas corpus, in which is currently at bar, within abeyance, ordering the trial court to render its factual determination of the merits of said claims Being that those issues are Newly Available/Discovered and have not been afforded the opportunity of exhaustion

## RELIEF SOUGHT

WHEREFORE it is these reasons, for which your humble Petitioner hereby moves this Honorable Court to (1) Hold his pending petition for writ of habeas corpus in abeyance, (2) Remand this matter to the trial court, with instructions to adjudicate the claims contained within this motion. so as to prevent a miscarriage of justice and promote fair and impartial appellate procedures

Amicable relief thus sought

Date: 08 / 23 /2022

Respectfully Submitted

Ed D Foster #226862
Brooks Correctional Facility
2500 S Sheridan DFive
Muskegon Heights, MI 49444

**AFFIDAVIT OF FACTS**

STATE OF MICHIGAN )
)ss.
COUNTY OF VAN BUREN)

I Swear and attest the following statements are true and made of my own free will and knowledge. And I am willing to testify under oath to the facts detailed in this affidavit if called upon to do so.

1. That at no point in time on the night of April 26, 1998 did I see or have contact with Mr. Foster.

2. At no point in time, while I was with family and friends at BlueStar Lounge did I see Mr. Foster.

3. At no point in time, prior to, during or after arriving or leaving the BlueStar Lounge did I see or have contact with Mr. Foster.

4. At no point in time while leaving the BlueStar Lounge did I see or have contact with Mr. Foster.

Date: 8/22/22

Dwrey L. Shaver
Signature

Sworn and Subscribed before me
On August 22 2022
B. Jones
Notary Public
Muskegon
County
2-14-26
My Commission Expires

B JONES
Notary Public, State of Michigan
County of Muskegon
My Commission Expires 2-14-26
Acting in the County of Muskegon

Prisoner Name: Ed D. Foster
Prisoner Number: 226862
E.C. BROOKS CORRECTIONAL FACILITY /
WEST SHORELINE CORRECTIONAL FACILITY
2500 S. Sheridan Drive
Muskegon Heights, MI 49444

US POSTAGE PITNEY BOWES
ZIP 49444 $ 000.57⁰
02 4W
0000386111 AUG 23 2022

8/23/22

Office of the Clerk
U.S. Dist Court Eastern Dist.
Southern Div.
231 W. Lafayette Blvd. 5th flr
Detroit, Mi 48226

RECEIVED
SEP -2 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

48226$2777 C052