UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ED FOSTER,<br><br>Petitioner,<br><br>v.<br><br>CHRIS KING,<br><br>Respondent. | Case No. 15-12265<br>Honorable Laurie J. Michelson |

**JUDGMENT**

In accordance with the opinion and order entered today, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

Dated this 28th day of August 2023 in Detroit, Michigan.

KINIKIA D. ESSIX
CLERK OF THE COURT

By: s/Erica Parkin
DEPUTY CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: August 28, 2023