No. 23-1891

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Nov 16, 2023
KELLY L. STEPHENS, Clerk

ED D. FOSTER, )
)
Plaintiff-Appellant, )
)
v. ) ORDER
)
CHRIS KING, )
)
Defendant-Appellee. )

Plaintiff appeals the district court's denial of his amended petition for a writ of habeas corpus. Plaintiff moves for leave to file an oversized motion to expand the certificate of appealability.

Generally, any motion must not exceed 20 pages in length. Fed. R. App. P. 27(d)(2)(B). Considering plaintiff's pro se status, the request to file an oversized motion is **GRANTED**. Plaintiff may file a motion to expand the certificate of appealability which shall not exceed 40 handwritten or typewritten pages in length.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 11/16/2023.

**Case Name:** Ed Foster v. Chris King
**Case Number:** 23-1891

**Docket Text:**
ORDER filed: Generally, any motion must not exceed 20 pages in length. Fed. R. App. P. 27(d)(2)(B). Considering plaintiff's pro se status, the request to file an oversized motion [7080621-2] is GRANTED. Plaintiff may file a motion to expand the certificate of appealability which shall not exceed 40 handwritten or typewritten pages in length.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Ed D. Foster
Earnest C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon Heights, MI 49444

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. John S. Pallas
Ms. Autumn A. Wilmot