UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ED FOSTER,

Petitioner,

v.

CHRIS KING,

Respondent.

Case No. 15-12265
Honorable Laurie J. Michelson

**ORDER ON MOTION TO APPOINT COUNSEL [32]**

Ed Foster filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. The Court denied the amended petition (ECF No. 26) but granted a certificate of appealability on Foster's false testimony claim (ECF No. 27). Foster filed a notice of appeal on September 21, 2023. (ECF No. 29.) He then filed a motion for the appointment of counsel with the Sixth Circuit on October 10, 2023. *Foster v. Winn*, Case No. 23-1891, ECF No. 5. According to the Sixth Circuit docket, the motion remains pending. Foster has now filed a separate motion for appointment of counsel with this Court. (ECF No. 32.)

As Foster's case is on appeal and he already has a motion for appointment of counsel pending there, his request for this Court to appoint counsel is DENIED.

SO ORDERED.

Dated: December 5, 2023

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE